# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-mj-00679-NJK |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| EDUARDO AGUILAR-REYES, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice the complaint filed against Eduardo Aguilar-Reyes.

DATED this 9th day of January, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rachel Kent

RACHEL L. KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 20th day of February, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1